## Commonwealth ex rel. Pasternack, Appellant, *v.* Pasternack.

Argued June 9, 1969. *Sidney M. DeAngelis,* with him *Bean, DeAngelis, Tredinnick & Giangiulio,* for appellant; *Arthur S. Keyser,* with him *Kleinbard, Bell & Brecker,* for appellee.

Order affirmed.